UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USE EXCEDRIN OR GENERIC EXCEDRIN, FREDERICK BANKS, next friend thereto & individually, | Case No. 2:20-cv-03640-ODW (GJS) |
| Petitioners | **JUDGMENT** |
| v. | |
| CORONA VIRUS, et al., | |
| Respondents. | |

Pursuant to the Court's Order Dismissing Petition,

IT IS ADJUDGED THAT the above-captioned action is dismissed.

DATE: April 22, 2020

_____

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE